STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By:    Robert J. Norcia (NJ Attorney I.D.: 165172015)
       Deenah Z. Sirota (NJ Attorney I.D.: 154122016)
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2400
F: (856) 321-2415
E: rnorcia@stradley.com; dsirota@stradley.com
*Attorneys for Defendant, Horizon Blue Cross Blue Shield of New Jersey*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GPS OF NEW JERSEY MD, P.C. A/S/O T.U., <br><br>             Plaintiff, <br><br>       v. <br><br> HORIZON BLUE CROSS BLUE SHIELD, JOHN DOE (1-100), a fictitious person who is presently unknown and XYZ CORP. (1-100), a fictitious partnership, corporation, sole proprietorship, limited liability company and/or Self-Funded health and welfare plan whose identity is presently unknown, <br><br>             Defendants. | No. 2:22-CV-06614-KM-JBC <br><br><br> **NOTICE OF HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY'S CROSS MOTION TO CONFIRM THE ARBITRATION AWARD** <br><br><br> **RETURN DATE: February 21, 2023** <br><br> FILED ELECTRONICALLY |

**To:    James Greenspan, Esq.**
       **GOTTLIEB AND GREENSPAN, LLC**
       **169 Ramapo Valley Road, Suite ML3**
       **Oakland, NJ 07436**
       *Counsel for GPS of New Jersey, MD, P.C. A/S/O T.U.*

**PLEASE TAKE NOTICE**, that on February 21, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Horizon Blue Cross Blue Shield of New Jersey (incorrectly identified in the Verified Complaint as "Horizon Blue Cross Blue Shield") ("Horizon"), by and through its undersigned attorneys, will move for an Order Confirming the Arbitration Award, pursuant to 9 U.S.C. § 9.

**PLEASE TAKE FURTHER NOTICE** that in support of this application, Horizon will rely upon the accompanying Memorandum of Law, Certification of Tracy Collette and exhibit thereto, proposed Order, and Certificate of Service.

Respectfully submitted:

/s/ Robert J. Norcia
Robert J. Norcia, Esq.
Deenah Z. Sirota, Esq.
STRADLEY, RONON, STEVENS &
YOUNG, LLP
A Pennsylvania Limited Liability Partnership
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002
T: (856) 414-6359
F: (856) 321-2415
E: APetitt@Stradley.com;
DSirota@Stradley.com

*Attorneys for Defendant Horizon Blue Cross Blue Shield of New Jersey*

Dated: January 27, 2023