STRADLEY RONON STEVENS & YOUNG, LLP
A Pennsylvania Limited Liability Partnership
By:   Robert J. Norcia (NJ Attorney I.D.: 165172015)
      Deenah Z. Sirota (NJ Attorney I.D.: 154122016)
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
T: (856) 321-2400
F: (856) 321-2415
E: RNorcia@stradley.com; DSirota@stradley.com
*Attorneys for Defendant,*
*Horizon Blue Cross Blue Shield of New Jersey*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GPS OF NEW JERSEY, P.C. A/S/O T.U., <br><br> Plaintiff, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD, JOHN DOE (1-100), a fictitious partnership, corporation, sole proprietorship, limited liability company and/or Self-Funded health and welfare plan whose identity is presently unknown, <br><br> Defendants. | No. 2:22-CV-06614-KM-JBC <br><br> **CERTIFICATION OF TRACY COLLETTE** <br><br> Filed Electronically |

I, Tracy Collette, hereby certify as follows:

1.  I am a Manager in Horizon Blue Cross Blue Shield of New Jersey's ("Horizon") Complaint and Appeals Department. As part of my duties and responsibilities, I manage the resolution of out-of-network billing disputes for

inadvertent and/or involuntary out-of-network services in which Horizon and the out-of-network health care professional cannot agree upon reimbursement for such services and which are submitted for binding arbitration to a Certified Independent Dispute Resolution Entity pursuant to the No Surprises Act.

2. In carrying out these duties and responsibilities, I respond to provider-initiated arbitration requests on behalf of Horizon, and therefore have regular access to plan enrollment, provider information, and information related to claims associated with Horizon members or submitted to Horizon pursuant to the "BlueCard" program, including the claim relevant to this summary proceeding. I have read the Verified Complaint and, based on a review of records prepared and maintained by Horizon in the ordinary course of its business, I offer this certification in support of Horizon's Opposition to Plaintiff's Order to Show Cause and in Support of its Cross-Motion to Confirm the Arbitration Award.

3. Attached as **Exhibit 1** is a true and accurate copy of the "Federal Independent Dispute Resolution Process Notice of Offer" that Horizon submitted to the Certified Independent Dispute Resolution Entity, under IDR Dispute Reference No. DISP-03934, in connection with the binding NSA arbitration that is at issue in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1/20/2023

*Tracy Collette*
Tracy Collette

# EXHIBIT 1

**Federal Independent Dispute Resolution Process**
**Notice of Offer**
**(Non-Air Ambulance Services)**

**Instructions for Disputing Parties for the Federal IDR process for non-Air Ambulance Services**
Complete the information below about your offer of payment for qualified IDR items and services and return this form to the certified IDR entity along with supporting materials according to the instructions in the email you received from the certified IDR entity.

Provide the primary and secondary point-of-contact information for your party. If you're a third-party administrator, provide your contact information in the primary point-of-contact section below.

Parties may submit additional information related to the offer for the certified IDR entity to consider in making a payment determination regarding the appropriate out-of-network rate. This information should be submitted along with this offer to the certified IDR entity. Please include the case reference number on the top right-hand corner of each document. See the following link regarding additional factors that may or may not be considered in making the payment determination [HHS: insert link to guidance for disputing parties].

IMPORTANT REMINDER: The certified IDR entity fee and administrative fee must be paid by the time this offer is submitted.

**IDR Dispute Reference Number (IDRE to complete prior to sending):** DISP-03934
**Organization Name (insert name of party whose offer this represents):** Horizon Blue Cross Blue Shield of New Jersey

**Primary point-of-contact information (this may include a third-party representitive of a disputing party)**
First and Last Name: Tracy Collette        Are you a third-party representitive of a disputing party: No
Mailing Address: 1427 Wyckoff Rd        City: Farmingdale        State: NJ        Zip Code: 07727
Email Address: Tracy_Collette@Horizonblue.com        Phone Number: (732) 256-5188        Fax Number: (111) 111-1111

**Secondary point-of-contact information**
First and Last Name: Michelle Campbell
Mailing Address: 3 Penn Plaza East        City: Newark        State: NJ        Zip Code: 07105
Email Address: Michelle_Campbell@Horizonblue.com        Phone Number: (973) 466-5070        Fax Number: (111) 111-1111

**Select One:** I am (or I am acting on behalf of) a(n): Group health plan

**Group health plans and FEHB Carriers Only** - Indicate the type of coverage involved in the disputed claim by selecting one of the following:
Fully insured private group health plan

**Providers and Facilities** - Indicate the size of your practice or facility by selecting one of the following:

**Both Parties** - Are the items or services that are subject to this dispute batched or bundled qualified item(s) or service(s): No

**Both Parties** – Complete the Offer(s) of Payment Table below.

| Both Parties | Both Parties | Both Parties | Providers and Facilities only | Plans/Issuers/FEHB Carriers only | Both Parties | Both Parties |
|---|---|---|---|---|---|---|
| Item or Service Code(s) | Item or Service Description(s) | Qualified Payment Amount(s) (QPA) expressed as a dollar amount for the applicable year (for the same or similar item or service as the qualified IDR item or service) | Enter your specialty or type of practice or facility such as anesthesiologist, plastic surgeon, etc. in the dispute in the box below. | Coverage area and relevant geographic region for purposes of the QPA | Final Offer(s) of Payment expressed as a dollar amount | Final Offer(s) of Payment expressed as a percentage of the QPA |
| 13152 | Surgery / integumentary system | $362.05 | | O7753 | $362.05 | 136% |
| 99282 25 | Under New or Established Patient Emergency Department Services | $46.36 | | O7753 | $46.36 | 136% |
| 99053 XU | Under Miscellaneous Medicine Services | $0.00 | | O7753 | $0.00 | 136% |
| | | $408.41 | | | $408.41 | |
| | | | | | | |