# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GPS OF NEW JERSEY MD, P.C. A/S/O T.U., <br><br> Plaintiff, <br><br> v. <br><br> HORIZON BLUE CROSS BLUE SHIELD, JOHN DOE (1-100), a fictitious person who is presently unknown and XYZ CORP. (1-100), a fictitious partnership, corporation, sole proprietorship, limited liability company and/or Self-Funded health and welfare plan whose identity is presently unknown, <br><br> Defendants. | No. 2:22-CV-06614-KM-JBC <br><br> **[PROPOSED] ORDER** |

**THIS MATTER** having come before the Court on Plaintiff, GPS of New Jersey MD, P.C. A/S/O T.U.'s, Order to Show Cause and Defendant, Horizon Blue Cross Blue Shield of New Jersey's ("Horizon"), Cross-Motion to Confirm the Arbitration Award, and the Court having considered the Motions, Memoranda of Law, and the declarations and exhibits submitted therewith, and any reply thereto, and having heard oral argument of counsel, and for good cause shown; it is hereby

**ORDERED** that Plaintiff's Order to Show Cause is DENIED; and it is further

**ORDERED** that Horizon's Cross Motion to Confirm the Arbitration Award is GRANTED.

Entered this ___ day of ___, 2023.

_____
Hon. Kevin McNulty, U.S.D.J.