IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GPS OF NEW JERSEY MD, P.C. A/S/O T.U.,<br><br>                      Plaintiff,<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD, JOHN DOE (1-100), a fictitious person who is presently unknown and XYZ CORP. (1-100), a fictitious partnership, corporation, sole proprietorship, limited liability company and/or Self-Funded health and welfare plan whose identity is presently unknown,<br><br>                      Defendants. | No. 2:22-CV-06614-KM-JBC |

**CERTIFICATE OF SERVICE**

    I, Robert J. Norcia, hereby certify that the foregoing Notice of Motion to Confirm Arbitration Award, Brief in Support, and Exhibits thereto were served on the following via ECF on this 27th day of January 2023:

        James Greenspan, Esq.
        GOTTLIEB AND GREENSPAN, LLC
        169 Ramapo Valley Road, Suite ML3
        Oakland, NJ 07436
        *Counsel for GPS of New Jersey, MD, P.C. A/S/O T.U.*

[SIGNATURE PAGE TO FOLLOW]

5952672v.1

By:

/s/ Robert J. Norcia
Robert J. Norcia, Esq.
Deenah Z. Sirota, Esq.
STRADLEY, RONON, STEVENS &
YOUNG, LLP
A Pennsylvania Limited Liability Partnership
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002
T: (856) 414-6359
F: (856) 321-2415
E: APetitt@Stradley.com;
DSirota@Stradley.com

*Attorneys for Defendant Horizon Blue Cross Blue Shield of New Jersey*

Dated: January 27, 2023

5952672v.1